# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ivaan Sanchez,<br><br>    Plaintiff,<br><br>v.<br><br>Gap Incorporated,<br><br>    Defendant. | No. CV-25-00044-TUC-JGZ<br><br>**ORDER** |

In light of Plaintiff's Notice of Voluntary Dismissal Without Prejudice (Doc. 8) pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i),

**IT IS ORDERED** that this matter is **dismissed without prejudice**. The Clerk of Court is directed to close this matter.

Dated this 4th day of April, 2025.

_____
Jennifer G. Zipps
Chief United States District Judge